**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :         CHAPTER 13
LaKeisha N Gadson

DEBTOR                                       :         BKY. NO.   17-10325ELF13

**1ST MODIFIED PLAN**

$300 X 6 months and $434 X 54 months = $25,236 with any non-exempt personal injury proceeds to be paid into the plan for the benefit of general unsecured creditors.

(A)    **CIBIK & CATALDO**          $3,000.00

      **IRS**    $5,770.00

(B)    **PHFA**   Arrears of $13,468.68 with direct regular monthly payments.

      **City of Philadelphia** (w/s)    $639.17


(C)    Pro Rata Distribution to Unsecured Creditors


      Respectfully submitted,

DATE: June 28, 2017                    _____s/_____
      MICHAEL A. CATALDO, ESQUIRE
      CIBIK & CATALDO, P.C.
      1500 WALNUT STREET, STE. 900
      PHILADELPHIA, PA 19102
      (215) 735-1060