**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                     :        CHAPTER 13
LaKeisha N. Gadson

            DEBTOR           :        BKY. NO.  17-10325ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                           Respectfully Submitted,

Date:  July 18, 2017              _____s/_____
                                           MICHAEL A. CATALDO, ESQUIRE
                                           CIBIK & CATALDO, P.C.
                                           1500 WALNUT STREET, STE. 900
                                           PHILADELPHIA, PA  19102
                                           (215) 735-1060