**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LAKEISHA GADSON,<br>           Debtor(s). | Case No. 17-10325ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __7th__ day of __August__, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation in the amount of **$4,000.00** is **ALLOWED** and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Chapter 13 Truste to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**