**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13
LaKeisha N. Gadson

  DEBTOR                        :        BKY. NO.  17-10325ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  April 9, 2018                _____s/_____
                                                         MICHAEL A. CATALDO, ESQUIRE
                                                         CIBIK & CATALDO, P.C.
                                                         1500 WALNUT  STREET, STE. 900
                                                         PHILADELPHIA, PA  19102
                                                         (215) 735-1060