**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              :        Chapter 13
LaKeisha N. Gadson

    (DEBTOR)                                        :        Bankruptcy No. 17-10325ELF13

**O R D E R**

AND NOW, this 11th day of April, 2018 upon consideration of Cibik & Cataldo's Supplemental Fee Application

It is Ordered that the Application is granted. Supplemental Fees of $500 are awarded to Cibik & Cataldo, P.C., and to be disbursed by the trustee as an administrative priority debt to the extent funds are available and to the extent provided for with a court approved modified plan post-confirmation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**