**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :          CHAPTER 13

LaKeisha N. Gadson


        DEBTOR                          :          BKY. NO.  17-10325ELF13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


1.  That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the

MOTION TO  MODIFY PLAN AFTER CONFIRMATION    was served to all interested parties via

Electronic Means or Via Regular Mail.

2.        That as of the date hereof, no answer, objection, or request for a Hearing has

been filed with the Clerk's Office or served on the undersigned.

        WHEREFORE, the undersigned respectfully requests an Order be entered.


                                        Respectfully submitted,


DATE:  June 3, 2020                       _____/s/_____
                                        MICHAEL A. CATALDO
                                        CIBIK & CATALDO, P.C.
                                        1500 WALNUT STREET, STE. 900
                                        PHILADELPHIA, PA 19102
                                        (215) 735-1060