**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  LAKEISHA GADSON        :        Chapter 13

DEBTOR)                        :        Bankruptcy No. 17-10325ELF13

**O R D E R**

AND NOW, this   22nd   day of   June  , 2020 upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation,

It is **ORDERED** that the Application is **GRANTED** and that supplemental compensation of **$500.00** is **ALLOWED** to Cibik & Cataldo.  The Chapter 13 Trustee shall pay the allowed amount as an administrative expense to the extent provided in the confirmed plan

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**