# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-10325-ELF

   LAKEISHA N. GADSON

   2553 S. 67TH STREET

   PHILADELPHIA, PA 19142

      Debtor

## CERTIFICATE OF SERVICE

   **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

   LAKEISHA N. GADSON

   2553 S. 67TH STREET

   PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

   MICHAEL A. CIBIK, ESQ.
   1500 WALNUT STREET
   SUITE 900
   PHILADELPHIA, PA 19102-

         /S/ Kenneth E. West

Date: 9/29/2022       _____

         Kenneth E. West, Esquire
         Chapter 13 Standing Trustee