# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-10325-PMM

LAKEISHA N. GADSON

2553 S. 67TH STREET

PHILADELPHIA, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LAKEISHA N. GADSON

2553 S. 67TH STREET

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

Date: 10/18/2023

                /S/ Kenneth E. West
                _____
                Kenneth E. West, Esquire
                Chapter 13 Standing Trustee