United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-10325-pmm
LaKeisha N. Gadson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Dec 12, 2023      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaKeisha N. Gadson, 2553 S. 67th Street, Philadelphia, PA 19142-2703 |
| 13855722 | + | Eastern Revenue Inc, 998 Old Eagle School Rd, Wayne, PA 19087-1805 |
| 13855729 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13952728 | + | U.S. Bank National Assoc., c/o Rebecca A. Solarz, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13899995 | | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:10 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13855719 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13855720 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13940394 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 00:18:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13923643 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 13 2023 00:18:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13855717 | + | Email/Text: ecf@ccpclaw.com | Dec 13 2023 00:18:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13855721 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 13 2023 00:18:00 | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 13855724 | | Email/Text: bankruptcycourts@equifax.com | Dec 13 2023 00:18:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13855723 | + | Email/Text: EBN@edfinancial.com | Dec 13 2023 00:18:00 | EdFinancial Services, Llc, 298 North Seven Oaks Dr, Knoxville, TN 37922-2369 |
| 13868214 | + | Email/Text: EBN@edfinancial.com | Dec 13 2023 00:18:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 13855725 | ^ | MEBN | Dec 13 2023 00:15:39 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13855726 | + | Email/Text: bnc-bluestem@quantum3group.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 24

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2023 00:18:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 13855727 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 00:18:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13855728 | ^ | MEBN | Dec 13 2023 00:15:48 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13855730 | + | Email/Text: blegal@phfa.org | Dec 13 2023 00:18:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 13925612 | + | Email/Text: blegal@phfa.org | Dec 13 2023 00:18:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13855731 | | Email/Text: DASPUBREC@transunion.com | Dec 13 2023 00:18:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14044031 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:31:53 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 13855718 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 24 |

FINANCE AGENCY) bkgroup@kmllawgroup.com

LEON P. HALLER

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTEO SAMUEL WEINER

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

MICHAEL A. CIBIK

on behalf of Debtor LaKeisha N. Gadson mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| LAKEISHA N. GADSON | |
| Debtor | Bankruptcy No. 17-10325-PMM |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Patricia M. Mayer*

**Date: December 12, 2023**    Honorable Patricia M. Mayer
    Bankruptcy Judge