**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PRAECIPE TO WITHDRAW AND SUBSTITUTE**

Effective January 12, 2024, I will no longer be associated with the law firm of KML Law Group, P.C.  Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Mark Cronin, Esq., of KML Law Group, P.C. in my place.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KML Law Group, P.C. |
| Dated:  January 12, 2024 |  |
|  | By: **/s/ Brian C. Nicholas** |
|  | Brian C. Nicholas, Esquire |
|  | KML Law Group, P.C. |
|  | Suite 5000 – BNY Independence Center |
|  | 701 Market Street |
|  | Philadelphia, PA  19106-1532 |

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Brian C. Nicholas. Esq.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 12, 2024 |  |
|  | KML Law Group, P.C. |
|  | By: **/s/ Mark Cronin** |
|  | Mark Cronin, Esquire |
|  | KML Law Group, P.C. |
|  | Suite 5000 – BNY Independence Center |
|  | 701 Market Street |
|  | Philadelphia, PA  19106-1532 |