# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## PRAECIPE TO WITHDRAW AND SUBSTITUTE

Effective March 15, 2024, I will no longer be associated with the law firm of KML Law Group, P.C. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Denise Carlon, Esq., of KML Law Group, P.C. in my place.

|  |  |
|---|---|
| Dated: 3/14/2024 | Respectfully submitted,<br><br>KML Law Group, P.C.<br><br>By: ___/s/Mark Cronin, Esq.___<br>Mark Cronin, Esquire<br>KML Law Group, P.C.<br>Suite 5000 – BNY Independence Center<br>701 Market Street<br>Philadelphia, PA  19106-1532 |

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise Carlon, Esq.

|  |  |
|---|---|
| Dated: 3/14/2024 | Respectfully submitted,<br><br>KML Law Group, P.C.<br><br>By: ___/s/Denise Carlon, Esq.___<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Suite 5000 – BNY Independence Center<br>701 Market Street<br>Philadelphia, PA  19106-1532 |